**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 14, 2026

**BY EMAIL**
The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Cedillo,*** S1 21 Cr. 260 (NRB)

Dear Judge Buchwald:

On or about December 8, 2021, a grand jury sitting in the Southern District issued a sealed superseding indictment charging, amongst others, Jose Luis Mata Cedillo, in the above-referenced S1 21 Cr. 260 sealed indictment. An arrest warrant was subsequently issued for each of the above defendants.

On or about May 21, 2025, law enforcement agents in St. Louis arrested Jose Luis Mata Cedillo for illegal reentry among other federal offenses. On or about June 18, 2026, Cedillo pled guilty in the District Court for the Eastern District of Missouri to four counts: (1) possession of a firearm after having been convicted of a felony, in violation of 18 U.S.C. § 922(g); (2) illegal reentry after having been removed following a conviction for an aggravated felony, 8 U.S.C. §§ 1326(a), 1326(b)(2); (3) conspiracy to distribute five kilograms and more of cocaine after having previously been convicted of a felony, in violation of 18 U.S.C. §§ 846, 841(b)(1)(A); and (4) possession of a firearm in furtherance of a narcotics offense, in violation oof 18 U.S.C. § 924(c)(1)(A)i). The Government understands that Cedillo will be sentenced on or about September 16, 2026, and that following the sentence, he will be transported to the Southern District of New York.

The Government also hereby requests that the Court issue an order directing the Clerk's Office to partially unseal the attached redacted superseding indictment as to defendant Jose Matas Cedillo.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Ni Qian
Ni Qian
Assistant United States Attorney
(212) 637-2364

**SO ORDERED:**

Naomi Reice Buchwald

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York

9/15/26